# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

---

**JUDGMENT IN A CIVIL CASE**

BRANDON DAVID CUDDIHE,

    Petitioner,

    V.                     Case No. 22-0070-CV-W-DGK-P

UNITED STATES OF AMERICA,

    Respondent.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that the petition for a writ of audita querela (Doc. 1) is denied, and this case is dismissed without prejudice for the reason explained herein.

Entered on:  February 1, 2022.

                                                    PAIGE WYMORE-WYNN
                                                    CLERK OF COURT

                                                    /s/ C. Davies
                                                   (By) Deputy Clerk